FILED: April 15, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4665
(1:14-cr-00130-WO-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

THOMAS EARL TILLEY

    Defendant - Appellant

_____

O R D E R
_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 930 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk